# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

CAROLE BRENDER,

    Plaintiff,

v.    Case No. 2:16-CV-09403
      Honorable Dwane L. Tinsley

FRUTH PHARMACY, INC.,

    Defendant.

## DISMISSAL ORDER

**ON THIS DAY CAME** the Plaintiff, Carole Brender, by counsel, Charles M. Love, IV and The Love Law Firm, PLLC, and the Defendant, Fruth Pharmacy, Inc., by counsel, Traci L. Wiley and MacCorkle Lavender PLLC, and advised the Court that all matters in controversy between the Plaintiff and the Defendant have been settled and compromised. Therefore, Plaintiff moved the Court to dismiss her claims against the Defendant, with prejudice, as to all parties and claims.

For good cause shown, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that this matter be dismissed, with prejudice, and removed from the docket of this Court, with each party to bear his/her/its own attorney's fees and costs.

The Clerk is directed to send certified copies of this Order to all counsel of record:

Entered this \_\_\_24th\_\_\_ day of _____January_____, 2018.

                                      Dwane L. Tinsley
                                      United States Magistrate Judge

Prepared by:

/s/ Charles M. Love, IV
Charles M. Love, IV, Esquire
West Virginia State Bar No. 7477
The Love Law Firm, PLLC
405 Capitol Street, Suite 309
Charleston, West Virginia 25301
Phone: (304) 344-5683
Fax: (304) 344-5684
*Counsel for Plaintiff, Carole Brender*

/s/ Traci L. Wiley
Traci L. Wiley, Esquire
West Virginia State Bar No. 8080
MacCorkle Lavender PLLC
Post Office Box 3283
Charleston, West Virginia 25332
Phone: (304) 344-5600
Fax: (304) 344-8141
*Counsel for Defendant, Fruth Pharmacy, Inc.*